E-FILED
Friday, 12 March, 2021  10:14:01 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 20-20075** |
| | ) | |
| **JUSTIN DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

On February 19, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 26). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for June 14, 2021, at 11:30 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 12th day of March, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge